IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:09-cr-81-MEF |
| | ) | (WO) |
| DANIEL LAMAR HATCHER | ) | |
| PATRICK LASHON DELBRIDGE | ) | |

## **O R D E R**

Upon consideration of the Corrected Psychological Evaluation (Doc. #101) and the responses of the parties to the Court's show cause order (Docs. #118, 120, & 121), and on the Court's own motion, it is hereby ORDERED that:

(1) The defendants' cases are SEVERED;

(2) The counts against Daniel Lamar Hatcher remain set for trial before Chief United States District Judge Mark E. Fuller on April 19, 2010. Jury selection remains set for April 12, 2010, before United States District Judge W. Keith Watkins; and

(3) The Renewed Motion to Sever (Doc. #111), filed on March 30, 2010, is DENIED as moot.

DONE this the 8th day of April, 2010.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE