IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:09-cr-81-MEF |
| | ) | (WO) |
| DANIEL LAMAR HATCHER | ) | |

## **O R D E R**

Upon consideration of the Defendant's Objections to the Chief Magistrate's Order (Doc. #128) filed on April 16, 2010, it is hereby

ORDERED that counsel for the United States and Defendant are DIRECTED to appear and should be prepared to argue and present any legal authority regarding that objection on Monday, April 19, 2010, at 8:00 a.m. in Courtroom 2A, U.S. District Court for the Middle District of Alabama, One Church Street, Montgomery, Alabama.

DONE this the 16th day of April, 2010.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE